# Exhibit 2

Method Claim: 21

Expired Date: 2024-01-30

| US10140514 | Amica CCC Photo Appraisal App ("The accused instrumentality") |
|---|---|
| 21. A method performed by at least an application of a mobile device having one or more processors, the method comprising: | The accused instrumentality discloses a method performed by at least an application (e.g., the Amica CCC Photo Appraisal App) of a mobile device (e.g., a smartphone or tablet) having one or more processors (e.g., the processor within a smartphone or tablet).<br><br>As shown below, Amica offers a photo appraisal app with a 'Photo Capture' feature, enabling users to conveniently upload photos using their mobile devices. These devices have a processor that executes the accused instrumentality.<br><br>**Online Claims Service Tools**<br>Self-service tools to guide and assist you through the claim process<br><br>Easily file and update your claim<br><br>http://web.archive.org/web/20231204162839/https://www.amica.com/en/claim-center/online-claims-service-tools.html |



http://web.archive.org/web/20231204162839/https://www.amica.com/en/claim-center/online-claims-service-tools.html

https://www.amica.com/en/claim-center/online-claims-service-tools/ccc-photo-appraisal-app.html



https://www.amica.com/en/claim-center/online-claims-service-tools/ccc-photo-appraisal-app.html

https://play.google.com/store/apps/details?id=com.cccis.qvstaffapp



https://play.google.com/store/apps/details?id=com.cccis.qvstaffapp

| | |
|---|---|
| | **The Processor**<br><br>The processor is the central hub of your smartphone. It receives and executes every command, performing billions of calculations per second. The effectiveness of the processor directly affects every application you run, whether it's the camera, the music player, or just a simple email program. Pick the wrong one and you could experience sluggish, stuttering apps and limited network performance, regardless of carrier, manufacturer, or operating system.<br><br>https://www.qualcomm.com/news/onq/2013/06/mobile-processors-101-why-smartphones-are-smarter-all-one-processor |
| acquiring an image using an interface to one or more cameras of the mobile device; | The accused instrumentality discloses acquiring an image (e.g., photos with yellow indicator) using an interface (e.g., the image capturing interface of the Amica CCC Photo Appraisal App) to one or more cameras of the mobile device (e.g., camera of the smartphone or tablet).<br><br>As shown below, the Amica CCC Photo Appraisal App features a 'Photo Capture' option that utilizes the phone's camera, allowing users to capture images for quick estimate of damaged vehicle claim via their smartphones. |



https://help.cccis.com/training/insurance_company/consumer/Mobile-Solutions/QuickEstimate/CCCMobileAppraiserPrononstp.pdf



https://play.google.com/store/apps/details?id=com.cccis.qvstaffapp

| | |
|---|---|
| | https://www.amica.com/en/claim-center/online-claims-service-tools/ccc-photo-appraisal-app.html<br><br>Take your photos<br><br>You'll be instructed by the app on how to take a series of photos of the damage and your car, and you'll also have the option to provide descriptions to each photo if you'd like. The photos will be sent directly to your claim handler and they'll be automatically notified.<br><br>https://www.amica.com/en/claim-center/online-claims-service-tools/ccc-photo-appraisal-app.html |
| constructing an image entity using the acquired image, one or more other images, and an image profile of the acquired image;<br><br>**Col 4: line 64 – Col 5: line 4**<br><br>*The image further being described as a virtual image entity by software means wherein the image entity comprises of an image profile that associates the image with collateral information such as audio, voice, text,* | The accused instrumentality discloses constructing an image entity (e.g., user submissions) using the acquired image (e.g., photos with yellow indicator), one or more other images (e.g., additional photos), and an image profile (e.g., vehicle information) of the acquired image (e.g., photos with yellow indicator).<br><br>As shown below, the Amica CCC Photo Appraisal App features a 'Photo Capture' option that utilizes the phone's camera to capture the images of the vehicle. The user reviews the vehicle information, images before submission. |

*speech, location, time data, handwriting, encryption/decryption, compression/decompression, description, behavior, function and relationships to other images/objects to form an image profile.*

**Col 6: lines 35-40**

*The image **130** and video **131** can be expressed as purely digital data and <u>all of the other information associated with the image profile **121**</u> may also be represented as purely digital data. The digital rendering of the composite data creates a purely digital image entity **120** comprising of an image and an image profile.*



https://help.cccis.com/training/insurance_company/consumer/Mobile-Solutions/QuickEstimate/CCCMobileAppraiserPrononstp.pdf

https://help.cccis.com/training/insurance_company/consumer/Mobile-

Solutions/QuickEstimate/CCCMobileAppraiserPrononstp.pdf



https://play.google.com/store/apps/details?id=com.cccis.qvstaffapp



| | The accused instrumentality discloses transmitting the image entity (e.g., user submissions) to one or more servers (e.g., Amica servers) to update and/or |
|---|---|
| transmitting the image entity to one or more servers to update and/or | refresh display of the constructed image entity (e.g., user submissions), wherein |

| | |
|---|---|
| refresh display of the constructed image entity, wherein the constructed image entity is accessible to one or more recognized users of a virtual network via one or more client devices through applications in communication with the one or more servers. | the constructed image entity (e.g., user submissions) is accessible to one or more recognized users (e.g., desk appraiser) of a virtual network (e.g., Amica network) via one or more client devices (e.g., a smartphone or tablet) through applications (e.g., the Amica CCC Photo Appraisal App) in communication with the one or more servers (e.g., Amica servers).<br><br>As shown below, the accused instrumentality allows users to capture photos online. An online photo capture works by submitting vehicle damage images and relevant information such as vehicle information during the process. The images and information submitted during the process is stored on the servers associated with the accused instrumentality. Desk appraisers can access all captured images and vehicle information.<br><br><br><br>After all the photos are submitted, select **Finish**.<br><br>After the photos are submitted, the **Actions** tab screen will show again. The photos have been **saved**.<br><br>transmitting the image entity to one or more servers<br><br>https://help.cccis.com/training/insurance_company/consumer/Mobile- |

Solutions/QuickEstimate/CCCMobileAppraiserPrononstp.pdf

## Online Submission of Claims

The Services may allow you to submit online claims for insurance benefits under an existing Amica insurance policy. If you use such Services, you agree that you will not submit any information that you know to be, or have reason to believe to be, false, fraudulent, deceptive, inaccurate, misleading or infringing on any third party's rights.

https://www.amica.com/en/terms-conditions/website-terms-of-use.html



## User Generated Content

The Services may permit the submission of certain user-generated text, information, data, audio, photographs, files or other content ("**User Submissions**") and the hosting, sharing, transmission and/or publishing of such User Submissions. User Submissions may be used, distributed and published by us and viewed by other users of the Services. You understand that we do not guarantee any confidentiality with respect to any User Submissions.

https://www.amica.com/en/terms-conditions/website-terms-of-use.html

one or more recognized users of a virtual network



Our desk appraiser will review your photos and write a repair estimate, if possible. While estimates are written the same way whether you use the CCC Photo Appraisal app or have your vehicle inspected in-person, use of the app can speed up the process so you receive payment sooner.

In some cases, our desk appraiser may determine that an in-person inspection is still needed to accurately appraise the damage to your vehicle.

https://www.amica.com/en/claim-center/online-claims-service-tools/ccc-photo-appraisal-app.html